

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 08 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 4:22CR00167 BRW |
| JAMAAL ALIMAYU MCJUNKINS | ) 21 U.S.C. § 841(a)(1), (b)(1)(B) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about June 24, 2019, in the Eastern District of Arkansas, the defendant,

JAMAAL ALIMAYU MCJUNKINS,

knowingly and intentionally possessed with intent to distribute at least 50 grams, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code 841(a)(1) and (b)(1)(B).

### COUNT 2

On or about January 3, 2022, in the Eastern District of Arkansas, the defendant,

JAMAAL ALIMAYU MCJUNKINS,

knowingly and intentionally possessed with intent to distribute at least 50 grams, but less than 500 grams, of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code 841(a)(1) and (b)(1)(B).

### FORFEITURE ALLEGATION 1

Upon conviction of Count 1 or 2 of this indictment, the defendant, JAMAAL ALIMAYU MCJUNKINS, shall forfeit to the United States, under Title 21, United States Code, Section

853(a)(1), all property constituting or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1 or 2 of this indictment, the defendant, JAMAAL ALIMAYU MCJUNKINS, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner of part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1 or 2 of this indictment, the defendant, JAMAAL ALIMAYU MCJUNKINS, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]